CLARENCE H. HENSEL, Respondent, v. SOLOMON M. SCHATZKIN and Others. Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EILEEN CUMMING CECIL, Respondent, v. ABERCROMBIE & FITCH COMPANY, a Corporation, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ERNEST ROSENTHAL, Appellant, v. MORRIS WOLFSON, Defendant, Impleaded with PHILIP WOLFSON and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Construction of the Last Will and Testament of LAURA RICH, Deceased. BENJAMIN RICH, Appellant; CHEMICAL BANK AND TRUST COMPANY and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [149 Misc. 843.]

RITA VOSE, Appellant, v. CHARLES REDFIELD VOSE, Respondent.— Judgment and order affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MURRAY FORSYTH, Respondent, against G. GOLDBERG & SONS, INC., a Corporation Organized and Existing under the Laws of the State of New York, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HELEN GALLIGAN, Respondent, v. DRUIDAN REAL ESTATE CO., INC., Appellant.*— Judgment reversed, with costs, and complaint dismissed, with costs, on the ground that there is no proof of negligence on the part of the defendant. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote for affirmance.

NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CHARLES COHEN, Respondent, v. HILLCREST GARDENS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SAMUEL L. SOHN, Respondent, v. HARRIET M. SOHN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.